United States District Court
Northern District of New York

| | |
|---|---|
| NICHOLAS J. VANKESTEREN,            )<br>        *Plaintiff*,            )<br>                        )<br>v.            )<br>                        )<br>KILOLO KIJAKAZI,            )<br>Acting Commissioner of Social Security,            )<br>        *Defendant*.            ) | Case 6:23-cv-00146-GTS-DJS<br><br><br><br><br>Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Nicholas J. Vankesteren, |
| By Her Attorneys, | By His Attorneys, |
| Carla B. Freedman,<br>United States Attorney | Law Office of Charles E. Binder<br>and Harry J. Binder, LLP |
| <u>/s/ Candace Brown Casey</u><br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-2438<br>candace.m.brown.casey@ssa.gov | <u>/s/ Charles E. Binder</u><br>Law Office of Charles E. Binder<br>and Harry J. Binder, LLP<br>485 Madison Avenue, Suite 501<br>New York, NY 10022<br>(212) 677-6801<br>(646) 273-2196 (fax)<br>Fedcourt@binderlawfirm.com |

IT IS SO ORDERED:

*[signature]*
Glenn T. Suddaby
U.S. District Judge

Dated: September 11, 2023
Syracuse, NY