**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| NICHOLAS J. VANKESTEREN, | ) | Case 6:23-cv-00146-GTS-DJS |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of Social Security, | ) | |
| *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920**

**IT IS HEREBY STIPULATED** by and between Candace Brown Casey, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant herein, and Charles E. Binder, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,979.07**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $402.00.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Nicholas J. Vankesteren, |
| By Her Attorneys, | By His Attorneys, |
| Carla B. Freedman,<br>United States Attorney | Law Office of Charles E. Binder<br>and Harry J. Binder, LLP |
| */s/ Candace Brown Casey*<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-2438<br>candace.m.brown.casey@ssa.gov | */s/ Charles E. Binder*<br>Law Office of Charles E. Binder<br>and Harry J. Binder, LLP<br>485 Madison Avenue, Suite 501<br>New York, NY 10022<br>(212) 677-6801<br>(646) 273-2196 (fax)<br>Fedcourt@binderlawfirm.com |

**SO ORDERED:**

*[signature]*
Glenn T. Suddaby
U.S. District Judge

Dated: September 27, 2023